IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAURIE A. ROZELSKI**                                                                                    **PLAINTIFF**

v.                                       Case No. 4:24-cv-00519-KGB

**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION**                                                              **DEFENDANT**

## ORDER

Before the Court is the recommended disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 10). For reasons stated in the Recommendation, Judge Ervin recommends affirming the decision of the Commissioner made through the Administrative Law Judge. No party has filed objections to the Recommendation, and the time to do so has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects (*Id.*). The decision of the Commissioner is affirmed pursuant to 42 U.S.C. § 405(g). Judgment will be entered accordingly.

It is so ordered this 16th day of September, 2025.

*[signature]*
Kristine G. Baker
Chief United States District Judge